IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOYCE RICHTER, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>VIRGINIA CVS PHARMACY, LLC )<br>)<br>Defendant. )<br>) | Civil Action No. 1:21-cv-00394<br>Hon. Liam O'Grady |

**FINAL DISMISSAL ORDER**

CAME THIS DAY the parties, by undersigned Counsel, and jointly requested pursuant to Federal Rule of Civil Procedure 41(a)(2) that the matter be dismissed with prejudice, with each party bearing their own costs and fees. It is hereby:

**ADJUDGED, ORDERED, and DECREED** that this action against Defendant Virginia CVS Pharmacy, LLC is **DISMISSED WITH PREJUDICE.**

The Clerk is directed to provide a certified copy of this Order, following entry, to all counsel of record herein.

**THE CAUSE IS ENDED.**

It is **SO ORDERED.**

February 24 2022
Alexandria, Virginia

_____
Liam O'Grady
United States District Judge